| **Return** | | |
|---|---|---|
| Case No.: 2:23-cr-409 | Date and time warrant executed: May 3, 2023 | Copy of warrant and inventory left with: Apple iPhone |

Inventory made in the presence of:
SA Smith, SA Berlin

Inventory of the property taken and name(s) of any person(s) seized:
On May 3, 2023, the search warrant was obtained and executed on the listed Apple iPhone belonging to Da'Shawn RICHARDS. The phone was locked and subsequently sent to the ATF Digital Forensics Branch for further processing. A Supplemental Return will be submitted to the court upon the requested data being received.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 3, 2023

*Executing officer's signature*

Adam Smith, ATF Special Agent
*Printed name and title*